**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000564**
**22-MAY-2025**
**08:36 AM**
**Dkt. 91 ORD**

NO. CAAP-24-0000564

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF G.B. and K.M.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 22-00063)

ORDER
(By: McCullen, J.)

Upon consideration of the Request for Temporary Remand, which the court construes as a motion, filed May 15, 2025, by the Honorable Dyan M. Medeiros, Senior Judge of the First Circuit Family Court,[1] the papers in support, and the record, IT IS HEREBY ORDERED that:

1. The motion is dismissed without prejudice because a family court judge is not authorized to file motions on behalf of parties to an appeal. See Revised Code of Judicial Conduct Rules 1.2, 3.10.

2. The appellate clerk shall serve a copy of this order upon the clerk of the Family Court of the First Circuit, for Senior Family Court Judge Medeiros.

DATED: Honolulu, Hawaiʻi, May 22, 2025.

/s/ Sonja M.P. McCullen
Associate Judge

---

[1] Senior Family Court Judge Medeiros asks the court to temporarily remand the case to the family court to appoint substitute counsel for Mother-Appellant C.P., because Mother's court-appointed counsel is incapacitated and substitute counsel could advise Mother regarding an application for writ of certiorari with the Hawaiʻi Supreme Court. Although titled a "request," the document constitutes a motion because it is an "application for an order or other relief." Hawaiʻi Rules of Appellate Procedure Rule 27(a).